IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

INGRID ARNITA FOSTER,   :
           :
  Plaintiff,    :
           :
vs.         :
           :  CIVIL ACTION 12-0470-M
MICHAEL J. ASTRUE,    :
Commission of Social Security, :
           :
  Defendant.   :

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Ingrid Arnita Foster and against Defendant Michael J. Astrue.

DONE this 20th day of February, 2013.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE