```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

|  |  |  |
|---|---|---|
| INGRID ARNITA FOSTER, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 12-0470-M |
| CAROLYN W. COLVIN,<br>Commission of Social Security, | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Ingrid Arnita Foster and against Defendant Carolyn W. Colvin.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,937.50.

DONE this 11th day of June, 2013.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE