```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

INGRID ARNITA FOSTER,          :
                               :
    Plaintiff,                 :
                               :
vs.                            :    CIVIL ACTION 12-0470-M
                               :
CAROLYN W. COLVIN,             :
Commission of Social Security, :
                               :
    Defendant.                 :


## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Ingrid Arnita Foster and against Defendant Carolyn W. Colvin.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,937.50.

DONE this 11th day of June, 2013.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE