```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

INGRID ARNITA FOSTER,               :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :     CIVIL ACTION 12-0470-M
                                    :
CAROLYN W. COLVIN,                  :
Commission of Social Security,      :
                                    :
    Defendant.                      :

## AMENDED JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Ingrid Arnita Foster and against Defendant Carolyn W. Colvin.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,937.50 plus court costs of $350.00.

DONE this 12th day of June, 2013.

                                  s/BERT W. MILLING, JR.
                                  UNITED STATES MAGISTRATE JUDGE