IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

```
INGRID ARNITA FOSTER,              :
                                   :
     Plaintiff,                    :
                                   :
vs.                                :     CIVIL ACTION 12-0470-M
                                   :
CAROLYN W. COLVIN,                 :
Commission of Social Security,     :
                                   :
     Defendant.                    :
```

AMENDED JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Ingrid Arnita Foster and against Defendant Carolyn W. Colvin.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,937.50 plus court costs of $350.00.

DONE this 12th day of June, 2013.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE